IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| IN RE:<br>Request for International Judicial<br>Assistance from the District Court of<br>Kolding, Denmark<br>– Matter of Mette Lohse Skou Jensen<br>  v. Dwight Ferguson, No. DK-7000<br>_____ | MISC. NO. 3:15-MC-73 |

## APPLICATION FOR ORDER PURSUANT TO
## TITLE 28, UNITED STATES CODE, SECTION 1782

The United States of America petitions this Court for an Order pursuant to 28 U.S.C. § 1782 and the Court's inherent authority appointing Assistant United States Attorney Paul B. Taylor (or a substitute or successor subsequently designated by the Office of the United States Attorney) as Commissioner to collect evidence from witnesses within the jurisdiction of this Court and to take such other action as is required to execute the above-captioned and attached request.   A memorandum of law in support of this petition is filed separately.

This the 30th day of April, 2015.

**JILL WESTMORELAND ROSE**
Acting United States Attorney
**s/ Paul B. Taylor**
Paul B. Taylor
Assistant United States Attorney
Chief, Civil Division
N.C. Bar Number 10067
Room 233, U.S. Courthouse
100 Otis Street
Asheville, NC   28801-2611
Tel. No. (828) 271-4661
paul.taylor@usdoj.gov